**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In Re:

EL RANCHO NO TENGO, INC.,　　　　　　　Bankruptcy Case No. 3:08-bk-7279-PMG

　　　　Debtor.
_____

EL RANCHO NO TENGO, INC.,

　　　　Appellant,

v.　　　　　　　　　　　　　　　　　　　　Case No. 3:15-cv-74-J-34

SUWANNEE RIVER WATER
MANAGEMENT DISTRICT,

　　　　Appellee.
_____/

**O R D E R**

　　　　This case is before the Court sua sponte. On January 21, 2015, Jeffrey L. Hill, Sr. filed a Notice of Appeal (Doc. No. 1; Notice) seeking to appeal from an Order entered by the United States Bankruptcy Court for the Middle District of Florida as the real party in interest and successor in interest to debtor, El Rancho No Tengo, Inc. (El Rancho). However, upon review of the Notice, it appears that Hill is intending to proceed pro se on El Rancho's behalf. It is "well established that a corporation is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel." Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985); see also Local Rule 2.03(e), Local Rules, United States District Court for the Middle District of Florida ("A corporation may appear and be heard only through counsel admitted to practice in the Court pursuant to Rule 2.01 or Rule 2.02."). This

is true "even where the person seeking to represent the corporation is its president and major stockholder." <u>See</u> <u>Palazzo</u>, 764 F.2d at 1385. Because the Notice was not signed by an attorney, it was not properly filed and this appeal is not properly before the Court. <u>See</u> <u>SEC v. Merchant Capital, LLC</u>, 486 F. App'x 93, 94 n.1 (11th Cir. 2012).

Accordingly, it is hereby **ORDERED**:

The Notice of Appeal is due to be **STRICKEN**. If Appellant El Rancho No Tengo, Inc. wishes to pursue this appeal, an attorney admitted to practice before this Court must file a notice of appearance no later than **Friday, March 13, 2015**. Failure to do so will result in the striking of the Notice of Appeal and the dismissal of this appeal.

**DONE AND ORDERED** in Jacksonville, Florida, this 9th day of February, 2015.

*[Signature]*
**MARCIA MORALES HOWARD**
United States District Judge

lc16

Copies to:
Counsel of Record