**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In Re:

EL RANCHO NO TENGO, INC.,           Bankruptcy Case No. 3:08-bk-7279-PMG

       Debtor.
_____

EL RANCHO NO TENGO, INC.,

       Appellant,

v.                                   Case No. 3:15-cv-74-J-34

SUWANNEE RIVER WATER
MANAGEMENT DISTRICT,

       Appellee.
_____/

**O R D E R**

       This case is before the Court sua sponte. On January 21, 2015, Jeffrey L. Hill, Sr. (Hill) filed a Notice of Appeal (Doc. No. 1; Notice) seeking to appeal from an Order entered by the United States Bankruptcy Court for the Middle District of Florida as the real party in interest and successor in interest to debtor, El Rancho No Tengo, Inc. (El Rancho). Upon review of the Notice, the Court concluded that Hill intended to proceed pro se on El Rancho's behalf, which is impermissible. See Order (Doc. No. 3). Because the Notice was not signed by an attorney, it was not properly filed and this appeal is not properly before the Court. See SEC v. Merchant Capital, LLC, 486 F. App'x 93, 94 n.1 (11th Cir. 2012). Although the Court has given El Rancho ample time to obtain representation and have an attorney file a notice of appearance, it has not done so. See Orders (Doc. Nos. 3, 7).

Accordingly, it is hereby **ORDERED**:

1. The Notice of Appeal (Doc. No. 1) is **STRICKEN**.

2. This appeal is **DISMISSED**.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 13th day of May, 2015.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

lc16

Copies to:
Counsel of Record